**UNITED STATES of America, Appellant, v. ROOT & McBRIDE COMPANY, Appellee.**

**No. 9436.**

Circuit Court of Appeals, Sixth Circuit.

April 15, 1943.

Don C. Miller and F. B. Kavanagh, both of Cleveland, Ohio, for the United States.

Miller & Hornbeck, of Cleveland, Ohio, for appellee.

Before HICKS, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record, briefs, and arguments of counsel, and on consideration thereof, it is ordered and adjudged that the judgment of the District Court appealed from, 50 F.Supp. 473, be and the same is affirmed upon the grounds and for the reasons set forth in the memorandum opinion of the District Court filed April 29, 1942.

---

**Richard Phillips ADAMS, John Walter Bordenave, and Lawrence Mitchell, Appellants, v. UNITED STATES of America, Appellee.**

**No. 10410.**

Circuit Court of Appeals, Fifth Circuit.

July 7, 1943.

Thurgood Marshall, of New York City, and A. P. Tureaud and Joseph A. Thornton, both of New Orleans, La., for appellants.

Malcolm E. Lafargue, U. S. Atty., and John A. Patin, Asst. U. S. Atty., both of Shreveport, La., for appellee.

Before SIBLEY, HUTCHESON, and McCORD, Circuit Judges.

PER CURIAM.

The case having come on for argument, and questions as to the jurisdiction of the court a quo having been argued, they were certified to the Supreme Court of the United States for answer. The answers to the questions adverse to the jurisdiction require the reversal of the cause for want of jurisdiction, and it will be so ordered.

Reversed with directions to dismiss for want of jurisdiction.